IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONTAVIOUS MATTHEWS, <br><br> Defendant. | CRIMINAL FILE NO. <br> NO. 1:19-CR-221-1-TWT |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 202] of the Magistrate Judge recommending denying the pro se Defendant's Motion to Vacate Sentence [Doc. 189]. No objections to the Report and Recommendation have been filed. The Motion to Vacate Sentence is clearly barred by the one-year limitations period in 28 U. S. C. § 2255(f)(1). The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 189] is DENIED.

SO ORDERED, this 27th day of November, 2023.

THOMAS W. THRASH, JR.
United States District Judge